UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE FAULKNER,

                Plaintiff,

-against-

THE CITY MAYOR ADAMS, ET AL.,

                Defendants.

24-CV-3145 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se* and *in forma pauperis*. By order dated July 30, 2024, the Court directed Plaintiff to file an amended complaint within 60 days. (ECF 7.) On September 13, 2024, the Court received a letter from Plaintiff requesting an extension of time to file an amended complaint. (ECF 9.) The Court grants Plaintiff an additional 30 days' leave to file an amended complaint. Plaintiff must submit the amended complaint within 30 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the Court will dismiss the complaint for the reasons stated in its July 30, 2024 order.

## CONCLUSION

    The Court grants Plaintiff's request for an extension of time to file an amended complaint. (ECF 9.) Plaintiff must submit the amended complaint within 30 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to

excuse such failure, the Court will dismiss the complaint for the reasons stated in its July 30, 2024 order.

SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge