```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DWAYNE FAULKNER,                                           :
                                    Plaintiff,             :
                                                           :
                  - against -                              :       24-CV-3145 (VSB)
                                                           :
THE CITY OF NEW YORK, et al.,                              :              ORDER
                                                           :
                                    Defendants.            :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

In the Order of Service dated October 28, 2024, I directed the New York City Law Department, which is the attorney for and agent of the New York City Department of Corrections, to ascertain the identity of each John Doe whom Plaintiff sought to sue and the address where the defendant may be served. (Doc. 13.) In a letter dated January 27, 2025, counsel for the City of New York identified John Doe Nos. 1–4 as James Flood (plumber), Ross Delvecchio (plumber helper), Paul Lestingi (maintenance worker), and John Benzan (maintenance worker). (Doc. 20.) The City of New York was unable to identify the "Housing Unit Supervisor" based on the information provided. (*See id.*)

In accordance with the instruction in the Order of Service, (Doc. 13), pro se Plaintiff is directed to file an amended complaint identifying the John Doe defendants within thirty days. The amended complaint will replace, not supplement the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly named Defendants to waive service. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.
Dated:      January 30, 2025
            New York, New York

_____
Vernon S. Broderick
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes    ☐ No
(check one)

___ Civ. _____ (    )

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name
              ID#
              Current Institution
              Address

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name                            Shield #
                  Where Currently Employed
                  Address

*Rev. 01/2010*                              1

Defendant No. 2    Name                                      Shield #
                   Where Currently Employed
                   Address


Defendant No. 3    Name                                      Shield #
                   Where Currently Employed
                   Address

**Who did what?**

Defendant No. 4    Name                                      Shield #
                   Where Currently Employed
                   Address


Defendant No. 5    Name                                      Shield #
                   Where Currently Employed
                   Address


II.    **Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?




B.    Where in the institution did the events giving rise to your claim(s) occur?



C.    What date and approximate time did the events giving rise to your claim(s) occur?




D.    Facts:

**What happened to you?**

*Rev. 01/2010*                                2

**Was anyone else involved?**

**Who else saw what happened?**

III.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

IV.   **Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes      No

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes          No          Do Not Know

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes          No          Do Not Know

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes          No

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes          No

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

    1. Which claim(s) in this complaint did you grieve?

    2. What was the result, if any?

    3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F. If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.   Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____

**VI.    Previous lawsuits:**

**On these claims**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes          No

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.    Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3.    Docket or Index number _____
   4.    Name of Judge assigned to your case
   5.    Approximate date of filing lawsuit _____
   6.    Is the case still pending?   Yes          No
         If NO, give the approximate date of disposition
   7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
     Yes          No

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.    Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____

   3.    Docket or Index number _____
   4.    Name of Judge assigned to your case
   5.    Approximate date of filing lawsuit _____

6.       Is the case still pending?  Yes      No

          If NO, give the approximate date of disposition

7.       What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

                              Signature of Plaintiff

                              Inmate Number

                              Institution Address

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                              Signature of Plaintiff: