UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DWAYNE FAULKNER,

                         **Plaintiff,**                      24-CV-3145 (VSB) (VF)

    -against-                          **ORDER**

THE CITY OF NEW YORK, et al.,

                         **Defendant(s).**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On March 25, 2025, this case was reassigned to me for general pretrial supervision. Plaintiff was directed to file an amended complaint by March 1, 2025. <u>See</u> ECF No. 23. To date, Plaintiff has not filed an amended complaint. Plaintiff is directed to file an amended complaint by **Tuesday, April 15, 2025**. The Clerk of Court is directed to mail a copy of this order and a copy of the order at ECF No. 23 to Plaintiff.

                **SO ORDERED.**

DATED:      New York, New York
                  March 26, 2025

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2025