**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**DWAYNE FAULKNER,**

                    **Plaintiff,**    24-CV-3145 (VSB) (VF)

       -against-    **ORDER**

**THE CITY OF NEW YORK, et al.,**

                    **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Defendants are directed to file a letter with the Court on the electronic docket by **June 23, 2025** informing the Court about whether Defendants have been able to contact the Plaintiff by mail or any other means. The Court has been unable to deliver mail to Plaintiff's last known address. If Defendants can inform the Court of the means by which they have been able to contact Plaintiff, the Court can reach out to Plaintiff to ask him to update his address.

    **SO ORDERED.**

                                                                                        _____
                                                                                       VALERIE FIGUEREDO
                                                                                       United States Magistrate Judge

DATED:    June 10, 2025
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2025