UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DWAYNE FAULKNER,

                            **Plaintiff,**                      **24-CV-3145 (VSB) (VF)**

        **-against-**                                    **ORDER**

THE CITY OF NEW YORK, et al.,

                            **Defendant(s).**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of Defendants' representations that Plaintiff is still being detained at Cape Vincent Correctional Facility (ECF No. 37), the Clerk of Court is respectfully directed to resend any documents that were previously returned to sender as undeliverable to Plaintiff at 36560 State Route 12E, P.O. Box 599, Cape Vincent, NY.

                **SO ORDERED.**

DATED:       New York, New York
                    June 24, 2025

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge