

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**KIMBERLY L. ROC, ESQ.**
Phone: (212) 356-2555
kroc@law.nyc.gov

September 10, 2025

**By ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

    Re:  <u>Faulkner v. The City of New York *et al.*</u>
        Docket No. 24-CV-03145 (VSB) (VF)

Dear Judge Broderick:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for City of New York in the above-referenced action. I write to respectfully request that Your Honor order Plaintiff to file a Fourth Amended Complaint clarifying how and against whom he wishes to proceed. If granted, I further request that the deadline for any current or future defendants to respond be stayed until 21 days following service of any subsequent pleading.

    As your Honor is aware, this Court issued a Valentin Order dated October 28, 2024 directing Defendant City of New York to ascertain the identities of "two John Doe maintenance workers, two John Doe plumbers, and the Housing Unit Supervisor." (Dkt. No. 13). On January 27, 2025, the undersigned responded to the Valentin Order identifying four (4) individuals as the "two John Doe maintenance workers" and "two John Doe plumbers[1]." (Dkt. No. 20). On January 30, 2025 this Court issued an Order directing Plaintiff to file a Second Amended Complaint identifying the John Doe defendants as provided in the response to the Valentin Order. (Dkt. No. 23). Subsequently, Plaintiff filed a Second Amended Complaint on April 24, 2025 and a Third Amended Complaint on May 12, 2025. (Dkt. Nos. 29 and 30). In the Second Amended Complaint, pursuant to the Court's January 30, 2025 Order, Plaintiff added four (4) newly named defendants

---

[1] As noted in the January 2, 2025 Response to the Valentin Order, a Housing Unit Supervisor could not be identified based on the alleged timeframe and other information provided by Plaintiff in the Amended Complaint. (Dkt. No. 20)

identified in the January 27, 2024 response to the Valentin Order. *Id*. However, in the operative Third Amended Complaint filed on May 12, 2025 Plaintiff did not include any individually named defendants and the allegations differ from those filed in the Second Amended Complaint. *Id*.

The operative pleading in this matter (the Third Amended Compliant) does not contain any of the previously identified defendants named in the Second Amended Complaint and further contains different allegations than those in the Second Amended Complaint. Therefore, at this time, I respectfully suggest to the Court that it would not be appropriate to file an answer on behalf of the four individuals identified by my office in this matter, as they are not named defendants. Further, considering the substance of the allegations in the Third Amended Complaint, it is unclear who Plaintiff intends to sue. In light of the above, the City respectfully requests your Honor issue an order directing Plaintiff to clarify the above mentioned issues in a Fourth Amended Complaint and that the deadline for any current or future defendants to respond be stayed until 21 days following service of any subsequent pleading.

Thank you for your consideration of the foregoing.

Respectfully submitted,

*Kimberly L. Roc*

Kimberly L. Roc
Assistant Corporation Counsel

**Via ECF & U.S. Mail**
Dwayne Faulkner
24R1360
Cape Vincent Correctional Facility
36560 State Route 12E
P.O. Box 599
Cape Vincent, NY 13618
Plaintiff, *pro se*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2025

Defendant is directed to respond to the Second Amended Complaint filed at ECF No. 29 by **Wednesday, October 1, 2025**. The Third Amended Complaint is procedurally improper under Rule 15(a) because Plaintiff did not obtain "the opposing party's written consent or the court's leave" prior to amendment. Accordingly, the Clerk of Court is respectfully requested to strike the Third Amended Complaint filed at ECF No. 30 and terminate the motion filed at ECF No. 42. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.