UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DWAYNE FAULKNER,

                      Plaintiff,                                          **24-CV-3145 (VSB) (VF)**

          -against-                                              **ORDER**

THE CITY OF NEW YORK, et al.,

                      Defendants.

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants filed a motion to dismiss Plaintiff's second amended complaint on October 1, 2025. ECF No. 44. To date, Plaintiff has not responded to Defendants' motion. Plaintiff is directed to respond to Defendants' motion to dismiss by **November 25, 2025.** If Plaintiff needs additional time, Plaintiff may request an extension by filing a letter. If Plaintiff does not respond to the motion or request an extension to do so, it may result in the motion being deemed fully briefed and adjudicated without a response from Plaintiff.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

      **SO ORDERED.**

DATED:      New York, New York
                 November 5, 2025

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge