UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DWAYNE FAULKNER,

                              Plaintiff,                              24-CV-3145 (VSB) (VF)

           -against-                                    **ORDER**

THE CITY OF NEW YORK, et al.,

                              Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to Plaintiff's filing at ECF No. 49, Plaintiff's request for an extension to file an opposition to Defendants' motion to dismiss is GRANTED. Plaintiff is directed to file the opposition by **January 30, 2026.**

      The Clerk of the Court is respectfully directed to mail a copy of this Order, as well as the Amended Complaint at ECF No. 20, to pro se Plaintiff.

                SO ORDERED.

DATED:     New York, New York
              November 26, 2025

                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge