UNITED STATES DISTRICT COURT
OF THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWANYE FAULKNER | Index No: 24-CV-03145 (VSO) |
| PLAINTIFF | NOTICE OF MOTION |
| V. | IN SUPPORT OF MOTION IN OPPOSITION TO DEFENDANTS |
| CITY OF NEW YORK ET AL., | MOTION TO DISMISS |
| DEFENDANTS | AND FOR SANCTIONS AND TO STRIKE |

PLEASE TAKE NOTICE, THAT UPON THE ANNEXED AFFIDAVIT OF DWANYE FAULKNER AFFIRMED TO ON THE ___ DAY OF NOVEMBER, 2025 AND UPON ALL THE PROCEEDINGS IN THIS CASE, A MOTION IN OPPOSITION AND TO STRIKE AND DENY DEFENDANT'S MOTION TO DISMISS AND SANCTIONS IS MADE TO THIS COURT FOR AN ORDER STRIKING THE DEFENDANT'S MOTION DISMISS/DENYING HIS MOTION AND ISSUE A WARRANT FOR COUNSELS MS. KIMBERLY L. ROC'S ARREST UPON THE GROUND OF AND FRCP 11(A)(B)(C) FRCP 12(F)/2)

IMMATERIAL, IMPERTENANT AND SCANDALOUS, SANCTIONS TAKE DISCIPLINARY ACTION FOR VIOLATION OF THE STANDARDS OF CONDUCT IN RULE OF PROFESSIONAL CONDUCT 3.3 AND 3.4 AND SUBMIT THE CONTROVERSEY FOR TRIAL

DATE: NOVEMBER 18, 2025

*Dwane Faulk* (signature)

DWANYE FAULKNER
CAPE VINCENT CORRECTIONAL FACILITY
36560 STATE ROUTE 12E, P.O. BOX 599
CAPE VINCENT, NY 13618

DWAYNE FAULKNER
DIN: 24R1360
CAPE VINCENT CORR. FACILITY
36560 STATE ROUTE 12E
P.O. Box 599
CAPE VINCENT, NY 13618-0599



RECEIVED
DEC -8 2025
CLERK'S OFFICE
S.D.N.Y.

Pro Se

Ms. KIMBERLY L. ROC
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY, 10007



RECEIVED
SDNY PRO SE OFFICE
2025 DEC -8 AM 10:53

LEGAL MAIL