UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE FAULKNER,

Plaintiff,

- against -

THE CITY OF NEW YORK, *et al.*,

Defendants.

24-CV-3145 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 28, 2026, I issued an Opinion & Order adopting in full the Report and Recommendation of Magistrate Judge Valerie Figueredo, and granted Defendants' motion to dismiss Plaintiff's Second Amended Complaint. (Doc. 59.) In light of his pro se status, I also granted Plaintiff leave to file a third amended complaint "no later than thirty days from the issuance of th[e] Opinion & Order" and declared that "[f]ailure to do so may result in dismissal of this action with prejudice." (*Id.* at 4.) Plaintiff has not filed an amended complaint.

In accordance with my September 28, 2026 Opinion & Order, Plaintiff's claims are now dismissed with prejudice. The Clerk of the Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: November 4, 2026
New York, New York

Vernon S. Broderick
United States District Judge